JUDGE'S AND CLERK'S CERTIFICATE

_____

STATE OF MISSISSIPPI
COUNTY OF HARRISON

  I, **_Roger T. Clark_**, Judge of the Circuit Court of Harrison County, Mississippi do hereby certify that **_Connie Ladner_**, whose name is subscribed to the Clerk's Certificate of attestation, now is, and was at the time of signing and sealing the same, the Clerk of the Circuit Court of Harrison County, and keeper of the records and seal thereof, duly elected and qualified to office; that full faith and credit are, and of right ought to be, attached to all her official acts, as such, in all courts of record and elsewhere, and further that her said attestation is in due form of law, and by the proper officer.

  Given under my hand, this 2 8 day of _Feb._ , 20 18 .

           _Roger T Clark_
         Judge of Circuit Court of
         Harrison County, Mississippi

STATE OF MISSISSIPPI
COUNTY OF HARRISON

  I, **_Connie Ladner_**, Clerk of the Circuit Court of Harrison County, do hereby certify that **_Roger T. Clark_** whose name is subscribed to the above certificate of attestation, now is, and was, at the time of signing the same, Judge of said Circuit Court, and was duly elected commissioned, and qualified to office; that full faith and credit are, and of right ought to be, given to all his official acts as such, in all courts of record and elsewhere, and that his attestation is in due form of law, and by the proper officer.

Given under my hand, the seal of said court, at Gulfport, in said county this the 28 day of
_Feb._ , 20 18 .

          _____
          Circuit Clerk, Harrison County

**EXHIBIT**

**A**

## STATE OF MISSISSIPPI

## IN THE CIRCUIT COURT OF HARRISON COUNTY

I, Connie Ladner, Clerk of the Circuit Court of Harrison County, Mississippi, do hereby certify that the above and foregoing constitutes a true and correct copy of the following documents relative to that certain numbered and styled cause, as follows, to-wit:

*Dawson Cordell Mardant*

VS. *A2401- 17-282*

*The City of Gulfport Mississippi*

1. *Civil Docket*
2. *Complaint*
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____

as the same now appears in the Circuit Court of the First Judicial District of Harrison County at Gulfport, Mississippi.

AND I FURTHER CERTIFY that the said Circuit Court is a Court of Record with an official seal and that I, as Clerk of said Circuit Court, am the custodian of the records and seal of said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this said court, at the CITY OF GULFPORT, on this the *28* day of _____ in the year of our Lord, two thousand and *2018*.

Connie Ladner, Clerk of Circuit Court
Harrison County, MS
By: _____, D.C

# Mississippi Electronic Courts
## Second Circuit Court District of Mississippi (Harrison Circuit Court - Gulfport)
## CIVIL DOCKET FOR CASE #: 24CI1:17-cv-00282

Mardant v. The City of Gulfport, Mississippi et al
Assigned to: Judge Christopher L. Schmidt

Date Filed: 12/27/2017
Current Days Pending: 63
Total Case Age: 63
Jury Demand: Plaintiff
Nature of Suit: 181 Negligence - General

**Plaintiff**

**Dawson Cordell Mardant**
648 N. West 31st
Fort Lauderdale, FL 33311
*By and Through His Mother and Next Friend
Melanie E. Walker*

represented by **Dustin Norman Thomas**
Law Offices of Dustin N. Thomas PLLC
525 Krebs Ave
P. O. Drawer 1270
PASCAGOULA, MS 39568
228-696-8881
Fax: 228-696-8991
Email: dustin@dustinthomaslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City of Gulfport, Mississippi**
1410 24th Ave.
Gulfport, MS

**Defendant**

**Troy Peterson**
10415 Larkin Smith Drive
Gulfport, MS
*Individually and In HIs Capacity as Harrison
County Sheriff*

**Defendant**

**Leonard Papania**
2220 1st St.
Gulfport, MS
*Individually and In His Capacity As Gulfport,
Mississippi's Chief of Police*

**Defendant**

**Unknown John Does 1 Through 10
Defendants**

| Date Filed | # | Docket Text |
|---|---|---|

| 12/27/2017 | 1 | COMPLAINT against Leonard Papania, Troy Peterson, The City of Gulfport, Mississippi, Unknown John Does 1 Through 10 Defendants, filed by Dawson Cordell Mardant. (Attachments: # 1 Civil Cover Sheet,) (Miller, Paige) (Entered: 12/27/2017) |
|---|---|---|
| 12/27/2017 | 2 | SUMMONS Issued to Leonard Papania. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige) (Entered: 12/27/2017) |
| 12/27/2017 | 3 | SUMMONS Issued to Leonard Papania. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige) (Entered: 12/27/2017) |
| 12/27/2017 | 4 | SUMMONS Issued to Troy Peterson. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige) (Entered: 12/27/2017) |
| 12/27/2017 | 5 | SUMMONS Issued to Troy Peterson. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige) (Entered: 12/27/2017) |
| 12/27/2017 | 6 | SUMMONS Issued to The City of Gulfport, Mississippi. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige) (Entered: 12/27/2017) |
| 01/02/2018 | 8 | SUBPOENA DUCES TECUM ISSUED TO HARRISON COUNTY SHERIFF'S OFFICE for Production/Inspection. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige) (Entered: 01/02/2018) |
| 01/02/2018 | 9 | SUBPOENA DUCES TECUM ISSUED TO THE GULFPORT, MISSISSIPPI POLICE DEPARTMENT for Production/Inspection. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige) (Entered: 01/02/2018) |
| 02/07/2018 | 10 | SUBPOENA RETURNED Executed re ** 8 SUBPOENA DUCES TECUM ISSUED TO HARRISON COUNTY SHERIFF'S OFFICE for Production/Inspection. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige)**. Return filed by Dawson Cordell Mardant. Subpoena served on 1/30/2018. (Thomas, Dustin) (Entered: 02/07/2018) |
| 02/07/2018 | 11 | SUMMONS Returned Executed by Dawson Cordell Mardant. Leonard Papania served on 1/30/2018, answer due 3/1/2018. Service type: Substituted (Thomas, Dustin) (Entered: 02/07/2018) |
| 02/07/2018 | 12 | SUMMONS Returned Executed by Dawson Cordell Mardant. The City of Gulfport, Mississippi served on 1/30/2018, answer due 3/1/2018. Service type: Personal (Thomas, Dustin) (Entered: 02/07/2018) |
| 02/07/2018 | 13 | SUMMONS Returned Executed by Dawson Cordell Mardant. Service type: Substituted (Thomas, Dustin) (Entered: 02/07/2018) |
| 02/07/2018 | 14 | SUBPOENA RETURNED Executed re ** 9 SUBPOENA DUCES TECUM ISSUED TO THE GULFPORT, MISSISSIPPI POLICE DEPARTMENT for Production/Inspection. RETURNED TO ATTORNEY FOR SERVICE (Miller, Paige)**. Return filed by Dawson Cordell Mardant. Subpoena served on1/30/2018. (Thomas, Dustin) (Entered: 02/07/2018) |
| 02/08/2018 | 15 | SUMMONS Returned Executed by Dawson Cordell Mardant. Troy Peterson served on 1/30/2018, answer due 3/1/2018. Service type: Substituted (Thomas, Dustin) (Entered: 02/08/2018) |
| 02/08/2018 | 16 | SUMMONS Returned Executed by Dawson Cordell Mardant. Service type: Substituted (Thomas, Dustin) (Entered: 02/08/2018) |
| 02/15/2018 | 17 | NOTICE of Notice of Mailing Copy of Complaint by Dawson Cordell Mardant (Thomas, Dustin) (Entered: 02/15/2018) |

| MEC Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/28/2018 10:50:20 | | | |
| **You will be charged $0.20 per page to view or print documents.** | | | |
| **MEC Login:** | jb9573M | **Client Code:** | mardant |
| **Description:** | Docket Report | **Search Criteria:** | 24CI1:17-cv-00282 |
| **Billable Pages:** | 2 | **Cost:** | 0.40 |

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

```
 F I L E D
   DEC 2 7 2017
   CONNIE LADNER
   CIRCUIT CLERK
BY:_____ D.C.
```

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                                    PLAINTIFF

VERSUS                                         CAUSE NO: ~~2017~~_____

A24017-282

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

---

## COMPLAINT
## (JURY TRIAL DEMANDED)

---

COMES NOW the minor Plaintiff DAWSON CORDELL MARDANT by and through his mother and next friend MELANIE E. WALKER, and files this his Complaint against the Defendants herein, THE CITY OF GULFPORT, MISSISSIPPI; TROY PETERSON individually and in his official capacity as Harrison County Sheriff; LEONARD PAPANIA individually and in his official capacity as Gulfport Mississippi's chief of police, and UNKNOWN JOHN DOES 1 THROUGH 10 and for cause would respectfully show as follows:

1. Minor Plaintiff DAWSON CORDELL MARDANT was a resident citizens of Harrison County, Mississippi during the event describe herein and is currently a resident citizen of Walker county Alabama.

2. Defendant THE CITY OF GULFPORT, MISSISSIPPI is a Municipality within the First Judicial District of Harrison County, Mississippi and may be served with process

upon its City Clerk, Ms. Linda Elias at 1410 24th Ave, Gulfport, Mississippi.

3. Defendant TROY PETERSON is the Sheriff of Harrison County, Mississippi who may be served at the Harrison County Sheriff's office 10415 Larkin Smith Dr. Gulfport, Mississippi 39503.

4. Defendant LEONARD PAPANIA is the Chief of Police of the Gulfport Police Department who may be served at 2220 1st St. Gulfport, Mississippi.

5. Defendants UNKNOWN JOHN DOES were, at all times material to this Complaint, duly acting employees and officers of the Gulfport Police Department, the Harrison County Sheriff's Department, and The Harrison County Task Force.

6. This Court has jurisdiction over this matter and the Harrison County Circuit Court First Judicial District is the proper venue because the alleged acts occurred in said county.

7. The minor Plaintiff would aver that at all times the Defendants were acting under color of the statutes, ordinances, customs and usage of the City of Gulfport, Mississippi, and the Harrison County Sheriff's Department.

8. The minor Plaintiff would aver that on or about the 12th day of July 2016, unknown officers of the Gulfport Police Department and the Harrison County Sheriff's Department, as part of a joint task force, without a warrant, raided the minor Plaintiff's residence at 1637 Broad Ave., Gulfport, MS. Without provocation, the officers pushed the minor Plaintiff DAWSON CORDELL MARDANT, to the ground and handcuffed the minor Plaintiff's arms behind his back, using extreme, excessive, and unnecessary force to a compliant child.

9.  The minor Plaintiff would further aver that while handcuffing him, the officers fractured the minor Plaintiff's right shoulder, and separated his AC joint.  The minor Plaintiff also suffered from a mild inferior subluxation of the acromion with respect to the distal clavicle and a mild widening of the right acromioclavicular joint.

10. The minor Plaintiff would aver that at all times described herein he was compliant with the officers' directions.

11. The Defendants falsely detained and arrested the minor Plaintiff. The Defendant knew at the time they raided the minor Plaintiff's home they did not have a warrant to do so, and/or probable cause to arrest the minor Plaintiff for any offense. As a direct and proximate consequence of the Defendants' illegal conduct, jointly and severally and while acting in concert with one another, the minor Plaintiff suffered injury and is therefore entitled to be compensated for the same in an amount to be determined by a Jury.

12. The minor Plaintiff was searched without probable cause and without a search warrant in violation of his constitutional rights.  As a direct and proximate consequence of the Defendants' illegal conduct, jointly and severally and while acting in concert with one another, the minor Plaintiff suffered injury and is therefore entitled to be compensated for the same in an amount to be determined by a Jury.

13. The minor Plaintiff would aver that the Defendant herein violated several of the minor Plaintiff's state protected rights when they engaged in conduct that injured the minor Plaintiff as a result of the Defendants' negligent and grossly negligent conduct.  Such conduct includes but it no limited to humiliation, physical harm, and infliction of mental and emotional distress.  As a direct and proximate consequence of the Defendants' illegal

conduct, jointly and severally and while acting in concert with one another, the minor Plaintiff suffered injury and is therefore entitled to be compensated for the same in an amount to be determined by a Jury.

14. The minor Plaintiff would aver that the Defendants are jointly and severally liable to the minor Plaintiff and are required to pay the minor Plaintiff reasonable attorney fees and related litigation expenses, to include expert's fees for having violated several of the Plaintiff's civil rights. Such expenses and fees are to be awarded separate and apart from any award to the minor Plaintiff for his actual compensatory damages.

WHEREFORE, PREMISES CONSIDERED, Minor Plaintiff DAWSON CORDELL MARDANT prays for judgment against each Defendant, jointly and severally, for compensatory damages in the amount of $1,000.000.00, and further demands judgment against these Defendant jointly and severally, for punitive damages in the amount fo $5,000,000.00, plus all cost of this action, attorney's fees, and such other relief as this Court deems just, proper and equitable.

Further, your Defendant prays for general relief.

Respectfully submitted,
DAWSON CORDELL MARDANT

THE LAW OFFICES OF
DUSTIN N. THOMAS PLLC.

BY: _____
DUSTIN N. THOMAS

Dustin N. Thomas
The Law Offices of Dustin N. Thomas PLLC.
525 Krebs Ave
P. O. Box 1270
Pascagoula, MS 39568-1270
(228) 696-8881 (Phone)
(228) 696-8991 (Fax)
MS Bar No. 10861
dustin@dustinthomaslaw.com

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court   Form AOC/01
Administrative Office of Courts   (Rev 2016)

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|
| County # : 2 4 | Judicial District : 0 1 | Court ID (CH, CI, CO) : C I | 2 0 1 7 | 0 0 2 8 2 |

Local Docket ID

Month: 1 2   Date: 2 7   Year: 1 7
This area to be completed by clerk
Case Number if filed prior to 1/1/94

**In the** CIRCUIT   **Court of** HARRISON   **County**   FIRST   **Judicial District**

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

### Plaintiff – Party Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual**

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|
| Mardant | Dawson | | C | |

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

**Address of Plaintiff** 648 N. West 31st Fort Lauderdale, FL 33311

**Attorney (Name & Address)** Dustin N. Thomas P.O. Box 1270 Pascagoula, MS 39568-1270   **MS Bar No.** 10861

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

### Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual**

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|
| | | | | |

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

X Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency   The City of Gulfport, Mississippi

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

**Attorney (Name & Address) - If Known**   **MS Bar No.**

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet
**Nature of Suit (Place an "X" in one box only)**

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [X] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death

IN THE <u>CIRCUIT</u> COURT OF <u>HARRISON</u> COUNTY, MISSISSIPPI

<u>FIRST</u> JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____    Docket No. If Filed
       File Yr    Chronological No.    Clerk's Local ID    Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: <u>Peterson</u>   <u>Troy</u>   (         )
        Last Name     First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
       Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: <u>Papania</u>   <u>Lenard</u>   (         )
        Last Name     First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
       Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: <u>Peterson</u>   <u>Troy</u>   (         )
        Last Name     First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

_✓_ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A <u>Sheriff of Harrison County, Mississippi</u>_____

Business _____
       Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT_____ COURT OF HARRISON_____ COUNTY, MISSISSIPPI

FIRST_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____   Docket No. If Filed
          File Yr         Chronological No.     Clerk's Local ID     Prior to 1/1/94_____

### DEFENDANTS IN REFERENCED CAUSE - Page __ of __ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant # 5 :**

**Individual:** Papania_____ Lenard_____ (_____) _____ _____
         Last Name       First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

_✓_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A  Chief of Police of Gulfport Police Department_____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ (_____) _____ _____
         Last Name       First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ (_____) _____ _____
         Last Name       First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                                                   **PLAINTIFF**

VERSUS                                                    CAUSE NO: 2017-_____

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   **DEFENDANTS**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO:   Leonard Papania, Individually
      2220 1st St. Gulfport, Mississippi


**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT
YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the
Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the
attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula,
MS 39568-1270. Your response must be mailed or delivered within (30) days from the date
of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this the 27th day of
December , 2017.

Connie Ladner, Circuit Clerk of
Harrison County, Mississippi

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**DAWSON CORDELL MARDANT,**
**BY AND THROUGH HIS MOTHER AND**
**NEXT FRIEND MELANIE E. WALKER**                                      **PLAINTIFF**

**VERSUS**                                          **CAUSE NO:** 2017-_____

**THE CITY OF GULFPORT, MISSISSIPPI,**
**TROY PETERSON INDIVIDUALLY AND IN**
**HIS CAPACITY AS HARRISON COUNTY SHERIFF,**
**LEONARD PAPANIA INDIVIDUALLY AND IN**
**HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF**
**OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS**


### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Leonard Papania, Chief of Police
      2220 1st St. Gulfport, Mississippi


**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula, MS 39568-1270. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 20th day of December, 2017.

Connie Ladner, Circuit Clerk of
Harrison County, Mississippi

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                           PLAINTIFF

VERSUS                                        CAUSE NO: 2017-_____

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

SUMMONS

THE STATE OF MISSISSIPPI

TO:   Troy Peterson, Individually
      10415 Larkin Smith Dr. Gulfport, Mississippi

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT
YOUR RIGHTS.

       You are required to mail or hand-deliver a copy of a written response to the
Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the
attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula,
MS 39568-1270. Your response must be mailed or delivered within (30) days from the date
of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

       You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

       Issued under my hand and the seal of said Court, this the _____ day of
_____, 2017.

                                        _____
                                        Connie Ladner, Circuit Clerk of
                                        Harrison County, Mississippi

# IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                                    PLAINTIFF

VERSUS                                          CAUSE NO: 2017-_____

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Troy Peterson, Harrison County Sheriff
       10415 Larkin Smith Dr. Gulfport, Mississippi

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula, MS 39568-1270. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 27th day of December, 2017.

Connie Ladner, Circuit Clerk of
Harrison County, Mississippi

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                                PLAINTIFF

VERSUS                                CAUSE NO: 2017-_____    A2401-17-282

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   The City Of Gulfport, Mississippi by service upon
      The City Clerk, Linda Elias at 1410 24th Ave, Gulfport, Mississippi

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula, MS 39568-1270. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 27th day of December, 2017.

Connie Ladner, Circuit Clerk of
Harrison County, Mississippi

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

**DAWSON CORDELL MARDANT ET AL**                                    **PLAINTIFF**

**V.**                                    **CAUSE NO: 24CI1:17-cv-00282**

**THE CITY OF GULFPORT, MISSISSIPPI et al**                **DEFENDANTS**

---

### SUBPOENA DUCES TECUM

---

TO THE PROCESS SERVER OF HARRISON COUNTY, MISSISSIPPI

We command you to summon A CUSTODIAN OF THE RECORDS OF THE HARRISON COUNTY SHERIFF'S OFFICE, located at 10451 Larkin Smith Dr Gulfport, Ms 39503, if found to be in your County, to be and to deliver to the Law Offices of Dustin N. Thomas PLLC., ATTN: Dustin N. Thomas, P. O. Drawer 1270, 525 Krebs Ave. Pascagoula, MS 39568-1270, without the necessity that such person be deposed, on or before the 30th day of January, 2018, a certified copy of any and all documents and records touching and concerning the following;

Copies of all records including but not limited to arrest records and incarceration records pertaining to, DAWSON CORDELL MARDANT born on the 14th day of April 2003, including any variation of said name;

       Copies of all arrest warrants and affidavits in support thereof used for the apprehension of the Defendant, seizure of evidence, contraband or other tangible things; and

       Copies of all search warrants and affidavits in support thereof, as well as any written summaries of oral testimony used in support of said search warrants used to obtain evidence or seized contraband or other tangible items in the above styled

and numbered cause, as well as copies of all returns of such search warrants; and

Any other items, things and materials, not herein specifically mentioned but which items, things and materials the interest of justice demand; and

Transcripts and recordings of all sessions whereby the memory of any witness is or had been hypnotically refreshed or whereby the State received information regarding this case by the use of hypnotically refreshed memory; and

Any and all videos, videotapes, or video or digital recordings of the Defendant, to include but not be limited to, video taken of the Defendant at the scene of the arrest, during Booking of the Defendant, and/or any and all other video of the Defendant to include video taken by law enforcement dash cameras or other cameras located on law enforcement vehicles, cameras located in law enforcement facilities, or any privately taken video, security camera video, or any other video of the Defendant not otherwise mentioned or described herein.

This information will be used as evidence in a certain matter pending in the, Mississippi, entitled MELANIE E. WALKER *v.* THE CITY OF GULFPORT, MISSISSIPPI", on the part of Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC., at whose instance this writ is issued.  Herein fail not, under the penalty in such case made and provided; and have then and there this writ.

WITNESS my hand and seal of said Court, this the 2nd day of January, 2018.

Connie Ladner, Circuit Clerk
of Harrison County, Mississippi

BY: _____ D.C.

Prepared by:
Dustin N. Thomas
525 Krebs Ave.
Pascagoula, MS 39568-1270

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**

**DAWSON CORDELL MARDANT ET AL**                                    **PLAINTIFF**

**V.**                                            **CAUSE NO:  24CI1:17-cv-00282**

**THE CITY OF GULFPORT, MISSISSIPPI et al**            **DEFENDANTS**

---

## SUBPOENA DUCES TECUM

---

TO THE PROCESS SERVER OF HARRISON COUNTY, MISSISSIPPI

We command you to summon A CUSTODIAN OF THE RECORDS OF THE GULFPORT, MISSISSIPPI POLICE DEPARTMENT, located at 2220 15th St Gulfport, Ms 39501, if found to be in your County, to be and to deliver to the Law Offices of Dustin N. Thomas PLLC., ATTN:  Dustin N. Thomas, P. O. Drawer 1270, 525 Krebs Ave. Pascagoula, MS 39568-1270, without the necessity that such person be deposed, on or before the 30th day of January, 2018, a certified copy of any and all documents and records touching and concerning the following;

Copies of all records including but not limited to arrest records and incarceration records pertaining to, DAWSON CORDELL MARDANT born on the 14th day of April 2003, including any variation of said name;

Copies of all arrest warrants and affidavits in support thereof used for the apprehension of the Defendant, seizure of evidence, contraband or other tangible things; and

Copies of all search warrants and affidavits in support thereof, as well as any written summaries of oral testimony used in support of said search warrants used to obtain evidence or seized contraband or other tangible items in the above styled

and numbered cause, as well as copies of all returns of such search warrants; and

Any other items, things and materials, not herein specifically mentioned but which items, things and materials the interest of justice demand; and

Transcripts and recordings of all sessions whereby the memory of any witness is or had been hypnotically refreshed or whereby the State received information regarding this case by the use of hypnotically refreshed memory; and

Any and all videos, videotapes, or video or digital recordings of the Defendant, to include but not be limited to, video taken of the Defendant at the scene of the arrest, during Booking of the Defendant, and/or any and all other video of the Defendant to include video taken by law enforcement dash cameras or other cameras located on law enforcement vehicles, cameras located in law enforcement facilities, or any privately taken video, security camera video, or any other video of the Defendant not otherwise mentioned or described herein.

This information will be used as evidence in a certain matter pending in the, Mississippi, entitled MELANIE E. WALKER *v.* THE CITY OF GULFPORT, MISSISSIPPI", on the part of Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC., at whose instance this writ is issued.  Herein fail not, under the penalty in such case made and provided; and have then and there this writ.

WITNESS my hand and seal of said Court, this the _____ day of

January _____, 2018.

Connie Ladner, Circuit Clerk
of Harrison County, Mississippi

BY: _____ D.C.

Prepared by:
Dustin N. Thomas
525 Krebs Ave.
Pascagoula, MS 39568-1270

## RETURN OF SERVICE

Service of <u>Subpoena</u> was made by me, on *January 30*, 2018.

Name of Server *Jessica Versage*   Title *Process Server*

Check below to indicate appropriate method of service:

✓ Served personally upon *Regina Blackstop*

Place where served *10451 Larkin Smith Dr.*

*Gulfport, MS*

### STATEMENT OF SERVICES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | $55.00   | $55.00 |

### DECLARATION OF THE SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *1/31/18*

      Signature of Server

*PO Box 516 Pascagoula MS*
Address of Server

SWORN TO AND SUBSCRIBED before me on this the *31st* day of *January* 2018.

      Notary Public

My Commission Expires:

**SEAL**

*(Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 113115 GAIL THOMAS Commission Expires July 19, 2019 ___SON COUNTY)*

# IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

**DAWSON CORDELL MARDANT ET AL**                    **PLAINTIFF**

**V.**                              **CAUSE NO: 24CI1:17-cv-00282**

**THE CITY OF GULFPORT, MISSISSIPPI et al**        **DEFENDANTS**

---

## SUBPOENA DUCES TECUM

---

TO THE PROCESS SERVER OF HARRISON COUNTY, MISSISSIPPI

We command you to summon A CUSTODIAN OF THE RECORDS OF THE HARRISON COUNTY SHERIFF'S OFFICE, located at 10451 Larkin Smith Dr Gulfport, Ms 39503, if found to be in your County, to be and to deliver to the Law Offices of Dustin N. Thomas PLLC., ATTN: Dustin N. Thomas, P. O. Drawer 1270, 525 Krebs Ave. Pascagoula, MS 39568-1270, without the necessity that such person be deposed, on or before the 30th day of January, 2018, a certified copy of any and all documents and records touching and concerning the following;

Copies of all records including but not limited to arrest records and incarceration records pertaining to, DAWSON CORDELL MARDANT born on the 14th day of April 2003, including any variation of said name;

Copies of all arrest warrants and affidavits in support thereof used for the apprehension of the Defendant, seizure of evidence, contraband or other tangible things; and

Copies of all search warrants and affidavits in support thereof, as well as any written summaries of oral testimony used in support of said search warrants used to obtain evidence or seized contraband or other tangible items in the above styled

and numbered cause, as well as copies of all returns of such search warrants; and

Any other items, things and materials, not herein specifically mentioned but which items, things and materials the interest of justice demand; and

Transcripts and recordings of all sessions whereby the memory of any witness is or had been hypnotically refreshed or whereby the State received information regarding this case by the use of hypnotically refreshed memory; and

Any and all videos, videotapes, or video or digital recordings of the Defendant, to include but not be limited to, video taken of the Defendant at the scene of the arrest, during Booking of the Defendant, and/or any and all other video of the Defendant to include video taken by law enforcement dash cameras or other cameras located on law enforcement vehicles, cameras located in law enforcement facilities, or any privately taken video, security camera video, or any other video of the Defendant not otherwise mentioned or described herein.

This information will be used as evidence in a certain matter pending in the, Mississippi, entitled MELANIE E. WALKER *v.* THE CITY OF GULFPORT, MISSISSIPPI", on the part of Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC., at whose instance this writ is issued.  Herein fail not, under the penalty in such case made and provided; and have then and there this writ.

WITNESS my hand and seal of said Court, this the 2nd day of January, 2018.

Connie Ladner, Circuit Clerk
of Harrison County, Mississippi

BY: 

Prepared by:
Dustin N. Thomas
525 Krebs Ave.
Pascagoula, MS 39568-1270

**RETURN OF SERVICE**

Service of <u>a complaint and summons</u> was made by me, on <u>January 30</u>, 201<u>8</u>.

Name of Server <u>Isaac Versige</u>   Title <u>Process Server</u>

Check below to indicate appropriate method of service:

✓ Served personally upon <u>Tiffany Neeves</u>

    Place where served <u>2220 15th St.</u>

<u>Gulfport, MS 39501</u>

### *STATEMENT OF SERVICES*

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | $55.00   | $55.00 |

### *DECLARATION OF THE SERVER*

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>1/31/18</u>

<u>Signature of Server</u>

<u>PO Box 516, Pascagoula, MS</u>
Address of Server

SWORN TO AND SUBSCRIBED before me on this the 31st day of January, 2018.

<u>Notary Public</u>

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 113115
GAIL THOMAS
Commission Expires
July 19, 2019
JACKSON COUNTY

SEAL

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                          PLAINTIFF
                                                      A2401-17-222
VERSUS                                CAUSE NO: 2017-_____

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

                          SUMMONS

THE STATE OF MISSISSIPPI

TO:   Leonard Papania, Individually
      2220 1st St. Gulfport, Mississippi

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT
YOUR RIGHTS.**

       You are required to mail or hand-deliver a copy of a written response to the
Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the
attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula,
MS 39568-1270. Your response must be mailed or delivered within (30) days from the date
of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

       You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

       Issued under my hand and the seal of said Court, this the 27th day of
December, 2017.

                                    Connie Ladner, Circuit Clerk of
                                    Harrison County, Mississippi

# RETURN OF SERVICE

Service of <u>a complaint and summons</u> was made by me, on _January 30_, 2018.

Name of Server _Jessica Versiga_   Title _Process Server_

Check below to indicate appropriate method of service:

_✓_ Served personally upon _Lidia Elias_

Place where served _1410 24th St._

_Gulfport, MS 39501_

## STATEMENT OF SERVICES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | $55.00   | $65.00 |

## DECLARATION OF THE SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _1/31/18_

_____
Signature of Server

_PO Box 516 Pascagoula, MS_
Address of Server

SWORN TO AND SUBSCRIBED before me on this the _31st_ day of _January_, 2018.

_____
Notary Public

My Commission Expires: _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
GAIL THOMAS
# 113115
Commission Expires
July 19, 2019
JACKSON

SEAL

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                                    PLAINTIFF

VERSUS                                      CAUSE NO: 2017-_____

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   The City Of Gulfport, Mississippi by service upon
      The City Clerk, Linda Elias at 1410 24th Ave, Gulfport, Mississippi

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula, MS 39568-1270. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 27th day of December, 2017.

                                    Connie Ladner, Circuit Clerk of
                                    Harrison County, Mississippi

—

## RETURN OF SERVICE

Service of <u>a complaint and summons</u> was made by me, on _January 30_, 2018.

Name of Server _Jessica Versiga_    Title _Process Server_

Check below to indicate appropriate method of service:

____✓____ Served personally upon _Tiffany Neeves_

Place where served _2220 15th St._

_Gulfport, MS_

### STATEMENT OF SERVICES

TRAVEL                  SERVICES                  TOTAL
                        $75.00                    $265.00

### DECLARATION OF THE SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _1/31/18_ _____
                    Signature of Server

_PO Box 516 Pascagoula, MS_
            Address of Server

SWORN TO AND SUBSCRIBED before me on this the _31st_ day of _January_, 2018.

_____
Notary Public

My Commission Expires: _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 113115
GAIL THOMAS
Commission Expires
July 19, 2019
JACKSON COUNTY

SEAL

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                                    PLAINTIFF

VERSUS                                        CAUSE NO: 2017-A2404-17-202

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

SUMMONS

THE STATE OF MISSISSIPPI

TO:   Leonard Papania, Chief of Police
      2220 1st St. Gulfport, Mississippi

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT
YOUR RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to the
Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the
attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula,
MS 39568-1270. Your response must be mailed or delivered within (30) days from the date
of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

        Issued under my hand and the seal of said Court, this the 20th day of
December, 2017.

                                        Connie Ladner, Circuit Clerk of
                                        Harrison County, Mississippi

## RETURN OF SERVICE

Service of <u>Subpoena</u> was made by me, on _January 30, 2018_

Name of Server _Jessica Versiga_ Title _Process Server_

Check below to indicate appropriate method of service:

_✓_ Served personally upon _Tiffany Neeves_

     Place where served _2220 15th St._

_Gulfport, MS_

### STATEMENT OF SERVICES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $550 | $550 |

### DECLARATION OF THE SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _1/31/18_

               Signature of Server

           _PO BOX 516 Pascagoula_
           Address of Server

SWORN TO AND SUBSCRIBED before me on this the _31st_ day of _January_, 2018

               Notary Public

My Commission Expires:                       SEAL

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 113115
GAIL THOMAS
Commission Expires
July 19, 2019
JACKSON COUNTY

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

**DAWSON CORDELL MARDANT ET AL**                    **PLAINTIFF**

**V.**                                  **CAUSE NO: 24CI1:17-cv-00282**

**THE CITY OF GULFPORT, MISSISSIPPI et al**          **DEFENDANTS**

---

### SUBPOENA DUCES TECUM.

---

TO THE PROCESS SERVER OF HARRISON COUNTY, MISSISSIPPI

We command you to summon A CUSTODIAN OF THE RECORDS OF THE GULFPORT, MISSISSIPPI POLICE DEPARTMENT, located at 2220 15th St Gulfport, Ms 39501, if found to be in your County, to be and to deliver to the Law Offices of Dustin N. Thomas PLLC., ATTN:  Dustin N. Thomas, P. O. Drawer 1270, 525 Krebs Ave. Pascagoula, MS 39568-1270, without the necessity that such person be deposed, on or before the 30th day of January, 2018, a certified copy of any and all documents and records touching and concerning the following;

Copies of all records including but not limited to arrest records and incarceration records pertaining to, DAWSON CORDELL MARDANT born on the 14th day of April 2003, including any variation of said name;

Copies of all arrest warrants and affidavits in support thereof used for the apprehension of the Defendant, seizure of evidence, contraband or other tangible things; and

Copies of all search warrants and affidavits in support thereof, as well as any written summaries of oral testimony used in support of said search warrants used to obtain evidence or seized contraband or other tangible items in the above styled

and numbered cause, as well as copies of all returns of such search warrants; and

Any other items, things and materials, not herein specifically mentioned but which items, things and materials the interest of justice demand; and

Transcripts and recordings of all sessions whereby the memory of any witness is or had been hypnotically refreshed or whereby the State received information regarding this case by the use of hypnotically refreshed memory; and

Any and all videos, videotapes, or video or digital recordings of the Defendant, to include but not be limited to, video taken of the Defendant at the scene of the arrest, during Booking of the Defendant, and/or any and all other video of the Defendant to include video taken by law enforcement dash cameras or other cameras located on law enforcement vehicles, cameras located in law enforcement facilities, or any privately taken video, security camera video, or any other video of the Defendant not otherwise mentioned or described herein.

This information will be used as evidence in a certain matter pending in the, Mississippi, entitled MELANIE E. WALKER *v.* THE CITY OF GULFPORT, MISSISSIPPI", on the part of Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC., at whose instance this writ is issued.  Herein fail not, under the penalty in such case made and provided; and have then and there this writ.

WITNESS my hand and seal of said Court, this the _____ day of

January 2018.

Connie Ladner, Circuit Clerk
of Harrison County, Mississippi

BY:

Prepared by:
Dustin N. Thomas
525 Krebs Ave.
Pascagoula, MS 39568-1270

**RETURN OF SERVICE**

Service of <u>a complaint and summons</u> was made by me, on *January 30* , 2018.

Name of Server *Jessica Versie* Title *Process Server*

Check below to indicate appropriate method of service:

___✓___ Served personally upon *Troy Peterson % Robin*

Place where served *10415 Larkin Smith*
*Gulfport, MS*

**STATEMENT OF SERVICES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | $25.00   | $25.00 |

**DECLARATION OF THE SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *1/31/18*

*Signature of Server*

*PO Box 516 Pascagoula MS*
Address of Server

SWORN TO AND SUBSCRIBED before me on this the *31st* day of *January* 2018

*Notary Public*

My Commission Expires: _____ SEAL

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 113115
GAIL THOMAS
Commission Expires
July 19, 2019
JACKSON COUNTY

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                                           PLAINTIFF

VERSUS                                                  CAUSE NO: 2017-_____

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

SUMMONS

THE STATE OF MISSISSIPPI

TO:   Troy Peterson, Individually
      10415 Larkin Smith Dr. Gulfport, Mississippi


THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT
YOUR RIGHTS.

     You are required to mail or hand-deliver a copy of a written response to the
Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the
attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula,
MS 39568-1270. Your response must be mailed or delivered within (30) days from the date
of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

     You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

     Issued under my hand and the seal of said Court, this the _____ day of
_____, 2017.

                                        _____
                                        Connie Ladner, Circuit Clerk of
                                        Harrison County, Mississippi

# RETURN OF SERVICE

Service of <u>a complaint and summons</u> was made by me, on *January 30*, 20*18*.

Name of Server *Jeorica Versiga*   Title *Process Server*

Check below to indicate appropriate method of service:

✓   Served personally upon *Troy Peterson C/o Robin*

Place where served *10415 Larkin Small*
*Gulfport, MS*

## STATEMENT OF SERVICES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $55 00 | $55 00 |

## DECLARATION OF THE SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *1/31/18*

Signature of Server

*PO Box 516 Pascagoula MS*
Address of Server

SWORN TO AND SUBSCRIBED before me on this the *31st* day of *January*, 20*19*

Notary Public

My Commission Expires: *11 31 15*

SEAL

*STATE OF MISSISSIPPI*
*NOTARY PUBLIC*
*GAIL THOMAS*
*Commission Expires*
*July 19, 2019*
*SON COUNTY*

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

DAWSON CORDELL MARDANT,
BY AND THROUGH HIS MOTHER AND
NEXT FRIEND MELANIE E. WALKER                                    PLAINTIFF

VERSUS                                     CAUSE NO: 2017-_____

THE CITY OF GULFPORT, MISSISSIPPI,
TROY PETERSON INDIVIDUALLY AND IN
HIS CAPACITY AS HARRISON COUNTY SHERIFF,
LEONARD PAPANIA INDIVIDUALLY AND IN
HIS CAPACITY AS GULFPORT, MISSISSIPPI'S CHIEF
OF POLICE, AND UNKNOWN JOHN DOES 1 THROUGH 10   DEFENDANTS

SUMMONS

THE STATE OF MISSISSIPPI

TO:   Troy Peterson, Harrison County Sheriff
      10415 Larkin Smith Dr. Gulfport, Mississippi

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT
YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the
Complaint to Dustin N. Thomas, The Law Offices of Dustin N. Thomas PLLC, the
attorney for the Plaintiff, whose address is P. O. Drawer 1270, 525 Krebs Ave Pascagoula,
MS 39568-1270. Your response must be mailed or delivered within (30) days from the date
of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this the 27th day of
December, 2017.

Connie Ladner, Circuit Clerk of
Harrison County, Mississippi

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**DAWSON CORDELL MARDANT ET AL**                                    **PLAINTIFFS**

**VERSUS**                                          **CAUSE NO. 24CI1:17-CV-00282**

**THE CITY OF GULFPORT, MISSISSIPPI ET AL**                      **DEFENDANTS**

---

### NOTICE OF MAILING OF COMPLAINT AND SUMMONS

---

PLEASE TAKE NOTICE that a copy of the a Complaint and Summons which was personally served on the 30th day of January, 2018, at the Defendant LEONARD PAPANIA and the Defendant TROY PETERSON'S place of employment was forwarded to the Defendants via U.S. First Class Postage paid mail at Leonard Papania 2220 1st St Gulfport, Mississippi, and Troy Peterson at 10415 Larkin Smith Dr. Gulfport, Mississippi on the 15th day of February 2018.

SO NOTICE, this the 15th day of February 2018.

Respectfully submitted,
DAWSON CORDELL MARDANT

BY:   THE LAW OFFICES OF
DUSTIN N. THOMAS PLLC.

BY:   s/Dustin N. Thomas
DUSTIN N. THOMAS
MS BAR NO. 10861

## CERTIFICATE OF SERVICE

I, DUSTIN N. THOMAS, do hereby certify that on the day of 15th day of February, 2018, I electronically filed the above and foregoing Notice of Mailing of Complaint and Summons by Plaintiff Melanie E. Walker with the Clerk of the Court utilizing the MEC system, which provides notification of said filing to the following;

I further certify that I have mailed by United States Postal Service the forgoing to the following non-MEC participants;

Leonard Papania
2220 1st St
Gulfport, Mississippi 39501

Troy Peterson
10415 Larkin Smith Dr.
Gulfport, Mississippi 39503

SO CERTIFIED on this the 15th day of February, 2018.

s/Dustin N. Thomas
DUSTIN N. THOMAS

Dustin N. Thomas
Dustin@dustinthomaslaw.com
The Law Offices of Dustin N. Thomas PLLC
P.O. Box 1270
525 Krebs Avenue
Pascagoula, MS 39567
228-217-0844 (Phone)
228-696-8991 (Fax)
MS Bar No. 10861