# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DAWSON CORDELL MARDANT,** by                    **PLAINTIFF**
**and through his Mother and Best**
**Friend Melanie E. Walker**

v.                                **CAUSE NO. 1:18CV68-LG-RHW**

**THE CITY OF GULFPORT,**
**MISSISSIPPI, ET AL.**                                  **DEFENDANTS**

## JUDGMENT

In accordance with the Court=s Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the plaintiff's claims against the defendants are **DISMISSED without prejudice**.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2019.

                                           s/ *Louis Guirola, Jr.*
                                           LOUIS GUIROLA, JR.
                                           UNITED STATES DISTRICT JUDGE